USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

KIANA JACKSON,

Plaintiff,

-v-

ROOSEVELT LEE 38 LLC,

Defendant.

---------------------------------------------------------------- X

1:26-cv-6984-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 17, 2026, the case was referred to the Court-annexed mediation program. Dkt. No. 9. The conference scheduled for November 24, 2026 is adjourned to January 21, 2027 at 3:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules. The joint letter and proposed case management plan described in the Court's August 17, 2026 order, Dkt. No. 5, are due no later than January 14, 2027.

SO ORDERED.

Dated: November 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge